IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RANDALL SPENCER,

      Appellant,

v.
                           Case No.    5D22-1660
                           LT Case No. 2009-CF-016163-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 20, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Randall Spencer, Jasper, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


COHEN, SASSO and NARDELLA, JJ., concur.